Embery Jackson McBRIDE,
Petitioner–Appellant,

v.

Bob SHARPE, Warden, Dodge
Correctional Institution,
Respondent–Appellee.

No. 91–8087.

United States Court of Appeals,
Eleventh Circuit.

Aug. 11, 1993.

Charles E. Johnson, III, Berlin & Hodges, Macon, GA, for petitioner-appellant.

Paula K. Smith, Susan V. Boleyn, Atlanta, GA, for respondent-appellee.

### ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC

Before TJOFLAT, Chief Judge, FAY, KRAVITCH, HATCHETT, ANDERSON, EDMONDSON, COX, BIRCH, DUBINA, BLACK and CARNES, Circuit Judges.\*

this matter pursuant to 28 U.S.C. § 46(c).

BY THE COURT:

A member of this court in active service having requested a poll on the suggestion for rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.